DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RACHEL J. KIM,**
Appellant,

v.

**VICTORIA ROSA,**
Appellee.

No. 4D2024-2326

[August 20, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel Kanner, Judge; L.T. Case No. COCE24028473.

Rachel J. Kim, Weston, pro se.

David L. Margolesky, Miami, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error. The [appellee] correctly point[s] to the lack of a trial transcript or a proper substitute[.]").

GERBER, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***